MFD:clg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 99-7555-CIV-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff

vs.

RALPH L. MCGRATH JR.

    Defendant.

_____/

FILED by _____ D.C.
MAR 6 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER VACATING FINAL JUDGMENT AND ALLOWING ENTERING THE PROPOSED SETTLEMENT AGREEMENT WITH STIPULATION FOR JUDGMENT UPON DEFAULT

    Plaintiff, United States of America having moved this Court to issue an order vacating the final judgment and enter the proposed settlement agreement in the above referenced case and the Court having considered the motion and being fully appraised in the premises, it is hereby

    ORDERED that the final judgment entered on February 22, 2000 is hereby vacated, and further

    ORDERED that the proposed settlement agreement with stipulation for entry of judgment upon default is hereby approved and entered.

    DONE and ORDERED in Chambers at Miami, Florida this 5th day of March 2000.

                                      _____
                                      DANIEL T. K. HURLEY
                                      UNITED STATES DISTRICT JUDGE

cc: Mary F. Dooley, AUSA
    Ralph McGrath, Jr., Esq.